**In the Matter of Vincent M. CAMPITI, Respondent.**

**No. 71S00–0807–DI–400.**

Supreme Court of Indiana.

May 7, 2009.

*PUBLISHED ORDER APPROVING STATEMENT OF CIRCUMSTANCES AND CONDITIONAL AGREEMENT FOR DISCIPLINE*

Pursuant to Indiana Admission and Discipline Rule 23(11), the Indiana Supreme Court Disciplinary Commission and Respondent have submitted for approval a "Statement of Circumstances and Conditional Agreement for Discipline" stipulating agreed facts and proposed discipline as summarized below:

**Stipulated Facts:** While representing a father at a child support modification hearing, Respondent made repeated disparaging references to the facts that the mother was not a U.S. citizen and was receiving legal services at no charge. These facts were irrelevant to the issues being considered at the hearing. Facts in aggravation are: (1) the mother felt that Respondent discriminated against her due to her non-citizen status; and (2) the remarks were made in a public courtroom. Facts in mitigation are that Respondent: (1) has no prior discipline; (2) cooperated with the Commission; (3) regrets his emotional involvement in the case and has made efforts to change his advocacy style; and (4) apologized to the grievant.

**Violations:** The parties agree that Respondent violated Indiana Professional Conduct Rule 4.4(a), which prohibits using means in representing a client that have no substantial purpose other than to embarrass a third party.

**Discipline:** The parties agree the appropriate sanction is a public reprimand. The Court, having considered the submissions of the parties, now APPROVES and ORDERS the agreed discipline and imposes **a public reprimand.**

The costs of this proceeding are assessed against Respondent. With the acceptance of this agreement, the hearing officer appointed in this case is discharged.

All Justices concur.